BOB PEMBERTON, Justice,
concurring.
I concur in the majority’s judgment. I agree that the district court’s judgment must be reversed because it is predicated upon an administrative construction of rule 3.284 that is inconsistent with the rule’s text. See 34 Tex. Admin. Code § 3.284 (2011) (Tex. Comptroller of Pub. Accounts, Drugs Medicines, Medical Equipment, and Devices (Tax Code § 151.313)); Texas Indus. Energy Consumers v. CenterPoint Energy Houston Elec., LLC, 324 S.W.3d 95, 97-100 (Tex.2010) (stating that “if an agency ‘does not follow the clear, unambiguous language of its own regulation, we reverse its action as arbitrary and capricious’ ” (quoting Rodriguez v. Service Lloyds Ins. Co., 997 S.W.2d 248, 255 (Tex.1999))). However, I do not join in the majority’s sua sponte analysis of rule 3.284’s validity, including its holding that the underlying statute is ambiguous.